```
PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAVIER JESUS GARCIA-CORREA, <br><br> Defendant. | CASE NO. 2:20-CR-167-TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: October 6, 2022 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Javier Garcia-Correa, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this case was set for a status conference on October 6, 2022.

2.  By this stipulation, the defendant moves to continue the status conference to October 27, 2022, at 9:30 a.m. and to exclude time between October 6, 2022, and October 27, 2022, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has produced discovery in this matter including investigative reports and photographs. Defense counsel believes that the parties are close to resolving this case, but still needs additional time to review the discovery in light of recent conversations with the government, and to discuss potential resolutions with his client.

    b)  Counsel for the defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)    The government does not object to the continuance.

        d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between October 6, 2022, and October 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 3, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  October 3, 2022

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
JAVIER JESUS GARCIA-CORREA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of October, 2022.

Troy L. Nunley
United States District Judge