HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAVIER JESUS GARCIA-CORREA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER JESUS GARCIA-CORREA,<br><br>Defendant. | No. 2:20-cr-167 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, JAVIER JESUS GARCIA-CORREA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:[1]

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.   The United States Sentencing Commission recently amended the Sentencing

---

[1] Defendant's counsel enters into this stipulation after having examined the pertinent documents including the presentence report, statement of reasons, and judgment, and conferring with the defendant and/or his trial counsel. Defendant's projected release date is March 5, 2024.

Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision").  *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On January 19, 2023, this Court sentenced Mr. Garcia-Correa to a term of 50 months imprisonment;

4. Mr. Garcia-Correa's total offense level was 26, his criminal history category was I (having no criminal history points), and the resulting guideline range was 63 to 78 months. Because Mr. Garcia-Correa met the criteria in 18 U.S.C. § 3553(f)(1)-(5), the Court was not bound by the statutory mandatory term of imprisonment;

5. The sentencing range applicable to Mr. Garcia-Correa was subsequently lowered by the zero-point provision;

6. Mr. Garcia-Correa is eligible for a reduction in sentence, which reduces his total offense level by 2 from 26 to 24, resulting in an amended advisory guideline range of 51 to 63 months;

7. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range;

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Garcia-Correa's term to 40 months imprisonment.  If the amount of time served exceeds 40 months, the sentence is instead reduced to a sentence of time served, in which case, the order should be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

9. <u>United States' statement regarding its stipulation</u>[2]: The defendant was convicted of Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1). The United States enters into this stipulation after reviewing the Presentence Investigation Report, government's sentencing memorandum, Statement of Reasons, Judgment, the

---

[2] This statement is provided by the United States and is not part of the parties' stipulation.

defendant's Bureau of Prisons ("BOP") disciplinary history, and after consultation with the prosecuting Assistant United States Attorney.  At the original sentencing, probation recommended a sentence of 63 months, ECF No. 44 -2, and the government recommended a sentence of 50 months' imprisonment.  The government's recommendation was based on the section 3353(a) factors including the seriousness of the defendant being involved in an "enterprise that distributes sizable quantities of methamphetamine" and the amount of methamphetamine found in the defendant's vehicle.  ECF No. 45 at 2.  This was balanced by the defendant's lack of known criminal history and the defendant's more limited role in the operation as fundamentally, a courier.  ECF No. 45 at 2.  The government's recommendation was also based on information provided in its supplemental memorandum.  ECF No. 49.  The defendant did not file a sentencing memorandum and no sentencing transcript is available.  BOP records do not show any disciplinary action.  The defendant is currently located at FCI Victorville Medium II, and his projected release date is March 5, 2024.  *See* Bureau of Prisons Inmate Locator available at https://www.bop.gov/inmateloc/ (last viewed Feb. 8, 2024).  The requested sentence reduction will likely result in a time served sentence.

Respectfully submitted,

| | |
|---|---|
| Dated:  February 12, 2024 | Dated:   February 12, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>JAVIER JESUS GARCIA-CORREA |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Garcia-Correa is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 26 to 24, resulting in an amended guideline range of 51 to 63 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2023 is reduced to a term of 40 months imprisonment. If the amount of time served as of the effective date exceeds 40 months, the sentence is instead reduced to time served, in which case, this order is stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Garcia-Correa shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   February 13, 2024

Troy L. Nunley
United States District Judge